IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA CARRIERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-938-LPS |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC and Defendant Johnson & Johnson Services Inc. ("Johnson & Johnson") pursuant to Fed. R. Civ. P. 41 (a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Johnson & Johnson's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*

Dated: April 11, 2013

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*

{1430135;v1 }